UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFREY MILLAR,

        Plaintiff,

v.

THE LAKIN LAW FIRM, P.C.,
LAKINCHAPMAN, LLC, and BRADLEY M.
LAKIN,

        Defendants.

Case No. 09-cv-101-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendants' Appeal of Magistrate Judge Frazier's Decision (Doc. 64). Specifically, Defendants appeal Magistrate Judge Frazier's Minute Order (Doc. 55) of August, 27, 2009, wherein the Court

> [D]irect[ed] Bradley M. Lakin to review and identify all of the contracts which have been changed from the Lakin Law Firm to LakinChapman, [Lakin] should bring to his deposition the original attorney-client contracts and any subsequent contracts involving the same party which change the firm name from Lakin Law Firm to LakinChapman.

(Min. Order 1). Plaintiff has responded (Doc. 72), and Defendants have replied (Doc. 74).

A district court reviewing a magistrate judge's decision on non-dispositive issues should only modify or set aside that decision if it is clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A) (2006). The Court, being fully advised of the premises, does not find Magistrate Judge Frazier's decision falls below the deference afforded him. Accordingly, the Court **AFFIRMS** his ruling and **DENIES** the instant appeal (Doc. 64). Plaintiff may inspect the attorney-client contracts at issue for the limited purpose of discerning which cases involved change of counsel's firm name from Lakin Law Firm to LakinChapman. Defendants may redact privileged information to the extent necessary.

**IT IS SO ORDERED.**
**DATED: October 2, 2009**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**