UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFREY MILLAR,

        Plaintiff,

      v.

THE LAKIN LAW FIRM, P.C.,
LAKINCHAPMAN, LLC, and BRADLEY
M. LAKIN,

        Defendants.

Case No. 09-cv-101-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Appeal of Magistrate Judge Philip M. Frazier's Decision (Doc. 63).  Specifically, Plaintiff appeals Magistrate Judge Frazier's Minute Order (Doc. 55) of August, 27, 2009, wherein the Court sustained Defendants' objections to Plaintiff's interrogatory numbers 2, 3, 4, 5, 6, 7, 8, 16, and 20 propounded to Bradley Lakin and sustained Defendants' objection to Plaintiff's interrogatory number 12 propounded to LakinChapman, LLC.  Defendants have responded (Doc. 73), and Plaintiff did not file a reply.

A district court reviewing a magistrate judge's decision on non-dispositive issues should only modify or set aside that decision if it is clearly erroneous or contrary to law.  *See* Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A) (2006).  The Court, being fully advised of the premises, does not find Magistrate Judge Frazier's decision falls below the deference afforded him. Accordingly, the Court **AFFIRMS** his rulings and **DENIES** the instant appeal (Doc. 63).  The objections to the interrogatories at issue are sustained.

**IT IS SO ORDERED.**
**DATED: October 15, 2009**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**