UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JEFFREY MILLAR,

           Plaintiff,

      v.                              Case No. 09-cv-101-JPG

THE LAKIN LAW FIRM PC,
LAKINCHAPMAN, LLC, and BRADLEY
M. LAKIN,

           Defendants.

## MEMORANDUM AND ORDER

This matter comes before the Court on its own initiative for purposes of case

management.  The Court notes that Defendants' Reply (Doc. 112) as to its Motion for Partial

Summary Judgment (Doc. 83) completely disregards Local Rule 7.1(d), which states that "[a]ll

briefs shall contain a short, concise statement of the party's position . . . ."  The rule goes on to

state that reply briefs shall not exceed five double-spaced pages typed in 12-point font.  *See* S.D.

Ill. L. R. 7.1(d).

Here, Defendants' brief was obviously not typed in 12-point font, nor is the first page

double-spaced.  For the foregoing reasons, the Court **STRIKES** Defendants' Reply (Doc. 112).

Defendants shall have up to and including March 19, 2010, to file a reply brief that fully

comports with Local Rule 7.1(d).

**IT IS SO ORDERED.**
**DATED: March 16, 2010**

                               s/ J. Phil Gilbert
                               **J. PHIL GILBERT**
                               **DISTRICT JUDGE**