UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JEFFREY MILLAR,

    Plaintiff,

v.

THE LAKIN LAW FIRM, PC,
LAKINCHAPMAN, LLC, and BRADLEY
M. LAKIN,

    Defendants.

Case No. 09-cv-101-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count I (breach of contract), II (Illinois Wage Payment and Collection Act), III (*quantum meruit*), V (negligent spoliation of evidence), and VI (fraud) of Plaintiff Jeffrey Millar's second Amended Complaint (Doc. 124) is entered in favor of Defendants The Lakin Law Firm, PC, LakinChapman, LLC, and Bradley M. Lakin and against Millar.

IT IS FURTHER ORDERED AND ADJUDGED that Count IV (ERISA) of Plaintiff Jeffrey Millar's second Amended Complaint (Doc. 124) is dismissed with prejudice.

**DATED: June 17, 2010**

                                                 **NANCY ROSENSTENGEL**

                                                 **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**